MITCHELL, Respondent, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, Third Department. May 16, 1905.) Action by Sophia Mitchell against Fred Mitchell.

No opinion. Appeal dismissed, with $10 costs. Appeal should be from the judgment, and not from the order.